**DISMISS and Opinion Filed December 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01510-CR
No. 05-19-01512-CR
No. 05-19-01542-CR
No. 05-19-01543-CR

**IN RE JOSEPH KELLY DINGLER**

**Original Proceeding from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 2-19-0859, 2-19-0860, 2-19-0763 & 2-19-0764**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

Joseph Kelly Dingler filed original applications for writ of habeas corpus in this Court challenging his confinement and the trial court's jurisdiction and asking for his immediate release and the return of all his personal property. We do not have jurisdiction to consider an original application for writ of habeas corpus filed in a criminal proceeding. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; TEX. GOV'T CODE ANN. § 22.221(d); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per curiam); *see also Ortiz v. State*, 299 S.W.3d 930, 932 (Tex. App.—Amarillo 2009, orig. proceeding) (court of appeals does not have original habeas jurisdiction of bail issues).

Accordingly, we dismiss these appeals for want of jurisdiction.

/Bill Pedersen, III/

Do Not Publish
TEX. R. APP. P. 47.2(b)
191510F.U05

BILL PEDERSEN. III
JUSTICE